GUARINO & CO. LAW FIRM, LLC
535 Fifth Avenue, 4th Floor
New York, NY 10017
973/615-1791
e-mail: guarinolaw@gmail.com
Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

M & G PACKAGING CORP.,

Plaintiff,

v.

JEST TEXTILES, INC. and KERRY FORSDAHL,

Defendants.

Civil Action No. 21-CV-00467

**STIPULATION EXTENDING TIME AND WAIVING JURISDICTIONAL DEFENSE**

It is hereby stipulated and agreed by and between plaintiff M & G Packaging Corp. and defendants Jest Textiles, Inc. and Kerry Forsdahl, acting through their duly authorized counsel, that the time for defendants to answer, move, or otherwise respond to the Complaint is hereby extended through and including March 5, 2021.

It is further hereby stipulated that defendants hereby agree to waive any defense based upon lack of *in personam* jurisdiction.

S/Adam D. Glassman

Adam D. Glassman, P.C.
1389 Pleasant Place
Helett Harbor, NY 11557
516/778-1300
Email: adam@theglg.com
Counsel for Plaintiff

S/Charles D. Hellman

GUARINO & CO. LAW FIRM, LLC
535 Fifth Avenue, 4th Floor
New York, NY 10017
973/615-1791
e-mail: guarinolaw@gmail.com
Counsel for Defendants